No. 86–1638. LEE ENTERPRISES, INC., ET AL. *v.* SIBLE. Sup. Ct. Mont. Motion of American Newspaper Publishers Association et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 86–1686. FORD MOTOR CO. *v.* ANDERSEN ET AL. C. A. 8th Cir. Motion of Chamber of Commerce of the United States for leave to file a brief as *amicus curiae* granted. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this motion and this petition.

No. 86–1761. PRATT ET AL. *v.* SHOEMATE, SUPERINTENDENT OF THE OSAGE INDIAN AGENCY, ET AL. C. A. 10th Cir. Motion of petitioners to strike brief of federal respondents denied. Certiorari denied.

No. 86–1964 (A–896). WALLACE *v.* ARIZONA. Sup. Ct. Ariz. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution and the petition for writ of certiorari and would vacate the death sentence in this case.

No. 86–6821. JROE *v.* CARHART ET AL. Sup. Jud. Ct. Mass. Motion of petitioner to defer consideration of the petition for writ of certiorari denied. Certiorari denied.

No. 85–2169. SAINT FRANCIS COLLEGE ET AL. *v.* AL-KHAZRAJI, AKA ALLAN, 481 U. S. 604;
No. 86–1510. TYRAKOWSKI *v.* TYRAKOWSKI, 481 U. S. 1044;
No. 86–1597. CHETISTER *v.* DOUGLAS, JUSTICE, SUPREME COURT OF OHIO, ET AL., 481 U. S. 1069;
No. 86–5026. WINGO *v.* BLACKBURN, WARDEN, 481 U. S. 1042;
No. 86–5292. LOYD *v.* LOUISIANA, 481 U. S. 1042;

No. 86–5379.   WATSON v. BLACKBURN, WARDEN, 481 U. S. 1042;

No. 86–5426.   BROGDON v. BLACKBURN, WARDEN, 481 U. S. 1042;

No. 86–5436.   GLASS v. BLACKBURN, WARDEN, 481 U. S. 1042;

No. 86–5544.   WELCOME v. BLACKBURN, WARDEN, 481 U. S. 1042;

No. 86–5800.   BERRY v. PHELPS, SECRETARY, LOUISIANA DEPARTMENT OF CORRECTIONS, ET AL., 481 U. S. 1042;

No. 86–6043.   RAULT v. BLACKBURN, WARDEN, 481 U. S. 1042;

No. 86–6188.   MOORE v. BLACKBURN, WARDEN, 481 U. S. 1042;

No. 86–6303.   PIERRE, AKA SELBY v. SHULSEN, WARDEN, ET AL., 481 U. S. 1033;

No. 86–6322.   ROSS v. ZIMMERMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AND DIAGNOSTIC AND CLASSIFICATION CENTER AT GRATERFORD, ET AL., 481 U. S. 1052;

No. 86–6364.   STICKLES v. VETERANS ADMINISTRATION, 481 U. S. 1053;

No. 86–6397.   LOPEZ v. UNITED STATES, 481 U. S. 1030;

No. 86–6473.   RAMIREZ v. ILLINOIS, 481 U. S. 1053;

No. 86–6603.   DOBBS v. KEMP, WARDEN, 481 U. S. 1059;

No. 86–6609.   CARPENTER v. HEETER, JUDGE, MUNICIPAL COURT OF LIMA, OHIO, ET AL., 481 U. S. 1040; and

No. 86–6686.   LOVINGOOD v. UNITED STATES, 481 U. S. 1057. Petitions for rehearing denied.

No. 85–5402.   GRADY v. MISSOURI, 474 U. S. 951.   Motion for leave to file petition for rehearing denied.

No. 86–1366.   DUQUESNE LIGHT CO. ET AL. v. STATE TAX DEPARTMENT OF WEST VIRGINIA ET AL., 481 U. S. 1044.   Petition for rehearing denied.   JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 86–5769 (A–871).   THOMPSON v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, 481 U. S. 1042.   Application for stay of execution of sentence of death, addressed to JUSTICE STEVENS and referred to the Court, denied.   JUSTICE BRENNAN and JUSTICE MARSHALL would grant the application. Petition for rehearing denied.